Betty Badar, Plaintiff-Appellant, v. W. H. Lyman Construction Company, a Corporation, and Illinois Bell Telephone Company, a Corporation, Defendants-Appellees.

Gen. No. 52,635. 

First District.

March 14, 1969.

Alan E. Morrill and Robert A. Sprecher, of Chicago (Morrill, Koutsky, Klomann and Chuhak, of counsel), for appellant; Francis B. Libbe, John M. O'Connor, Jr., of Kirkland, Ellis, Hodson, Chaffetz & Masters, of Chicago, for appellees. Opinion by JUSTICE CRAVEN. Not to be published in full.